andre-lauren: clark
c/o 850 Dogwood Road
Suite B200 #2415
Lawrenceville, near Georgia [30044]
Non-Domestic Without U.S.



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 1 3 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA, ex rel. andre-lauren: clark,

*Relator,*

v.

Case No.: 1:25 -CV- 0 16 3

GWINNETT COUNTY, SNELLVILLE POLICE DEPARTMENT, SGT. FINNEY (Badge #29), OFFICER GREENE, OFFICER S. BERRY, THORPE, MOORE, NGUYEN, AND JOHN DOES 1-10,

*Defendants.*

## PETITION TO SEAL PROCEEDINGS IN EXCLUSIVE EQUITY

TO THE HONORABLE COURT:

Relator: andre-lauren: clark, sui juris, respectfully moves this Honorable Court for an Order sealing this case pursuant to 31 U.S.C. § 3730(b)(2) and the equitable powers of the Court. This motion is submitted to preserve the integrity of the investigation and protect all parties involved from undue harm or interference.

## I. LEGAL BASIS FOR SEALING

1. **False Claims Act Requirement:** Pursuant to 31 U.S.C. § 3730(b)(2), all qui tam actions filed under the False Claims Act (FCA) must be filed under seal for a minimum of 60 days to allow the United States government to investigate the allegations without alerting the Defendants.

2. **Equitable Powers of the Court:** Federal courts possess inherent equitable powers to issue orders necessary to achieve justice and prevent interference with pending

proceedings. Sealing this case is essential to maintaining the integrity of the government's investigation and protecting the Relator from potential retaliation.

3. **Risk of Evidence Tampering:** Early disclosure of this case would risk the destruction or tampering of critical evidence related to the Defendants' alleged fraudulent certifications and misuse of federal funds.

4. **Prevention of Retaliation:** The Relator has acted as a whistleblower in good faith and with clean hands. Sealing the case ensures their protection under the whistleblower provisions of the FCA, minimizing the risk of harassment, retaliation, or undue harm.

## II. EQUITABLE JUSTIFICATION FOR SEALING

1. The allegations presented in this case involve systemic fraud against the United States, including violations of constitutional rights and misuse of Department of Justice grant funds. Allowing the government's investigation to proceed under seal is critical to safeguarding public interests.

2. Equity requires that all parties, including the United States government and the Relator, are afforded a fair opportunity to investigate and present their case without interference or prejudice.

3. Sealing this case ensures the confidentiality necessary to prevent premature publicity or actions by Defendants that could undermine the investigation's integrity.

## III. REQUESTED RELIEF

WHEREFORE, Relator respectfully requests that this Honorable Court:

1. Issue an Order sealing the case and all associated documents, including the Writ of Qui Tam, this Motion, and any other filings, for a minimum period of 60 days as required under 31 U.S.C. § 3730(b)(2).

2. Direct that all filings remain sealed until the United States government completes its investigation and determines whether to intervene in the case.

3. Grant such other and further relief as this Court deems just and proper in equity.

Respectfully submitted on this 13th day of January 2024, at Lawrenceville, Georgia.

By: _____

andre-lauren of the clark family, Relator, sui juris, in propria persona, Non-citizen National of the United States of America, asserting equitable rights under the Constitution of the United States of America (1776) and laws of equity, reserving all rights and remedies without prejudice, UCC 1-308.

andre-lauren: clark
c/o 850 Dogwood Road
Suite B200 #2415
Lawrenceville, near Georgia [30044]
Non-Domestic Without U.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA, ex rel. andre-lauren: clark,

*Relator,*

v.                                                          Case No.: _____

GWINNETT COUNTY, SNELLVILLE POLICE DEPARTMENT, SGT. FINNEY (Badge #29), OFFICER GREENE, OFFICER S. BERRY, THORPE, MOORE, NGUYEN, AND JOHN DOES 1-10,

*Defendants.*

**ORDER TO SEAL THE CASE**

Upon consideration of the Relator's Motion to Seal the Case, and pursuant to the provisions of the False Claims Act, 31 U.S.C. § 3730(b)(2), this Court finds that:

1.  The Relator has filed this action under the False Claims Act, which mandates that the case and all associated pleadings be sealed for a period of at least sixty (60) days to allow the United States Government to investigate the allegations and determine whether it will intervene.

2.  Sealing this case is necessary to preserve the confidentiality of the government's investigation and protect the interests of justice.

Accordingly, it is hereby:

**ORDERED** that:

1.  This case, including the Writ of Qui Tam, all pleadings, motions, and other documents filed in this matter, be SEALED for sixty (60) days from the date of this Order or until further Order of this Court.

2. The Clerk of Court shall seal the docket in this matter and ensure that no public disclosure of the filings occurs during the seal period.

3. The United States Government shall, within the sixty (60) day seal period:

a. Notify the Court whether it intends to intervene in this matter; or

b. Request an extension of the seal period if additional time is needed to complete its investigation.

4. The Relator shall serve a copy of the Writ of Qui Tam, this Order, and all supporting documents on:

a. The Attorney General of the United States at the Department of Justice in Washington, D.C.; and

b. The United States Attorney for the Northern District of Georgia.

5. Until the seal is lifted, no party or person shall disclose the existence of this action, except to the extent necessary to carry out the requirements of the False Claims Act.

6. This Order does not preclude the United States from disclosing this matter or sharing information with law enforcement agencies and other entities as permitted by the False Claims Act.

IT IS SO ORDERED.

This ___ day of _____, 2025.

_____

**UNITED STATES DISTRICT JUDGE**