UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 1 4 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA *ex rel.* ANDRE LAUREN CLARK,

Plaintiff/Relator,

v.

GWINNETT COUNTY, et al.,

Defendants.

CIVIL ACTION NO.

**1 : 25 -CV- 0 1 6 3**

## ORDER

Upon consideration of Relator's Motion to Seal the Case,

**IT IS HEREBY ORDERED** that Relator may file the Complaint in this case in camera and under seal. The Complaint and all other pleadings shall remain under seal until further Order of this Court.

**IT IS FURTHER ORDERED** that no documents, pleadings or other materials in this case shall be provided to or served on Defendants until the Court so orders.

**IT IS FURTHER ORDERED** that under no circumstances shall the names of the parties or the existence of the lawsuit be publicly, or otherwise, disclosed to any of the named Defendants, in any manner, while this Order remains in effect.

**SO ORDERED** this 14th day of January, 2025.

J. P. BOULEE
United States District Judge

2