RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 13 2025

KEVIN P. WEIMER, Clerk
by: _____ Deputy Clerk

andre-lauren: clark
c/o 850 Dogwood Road
Suite B200 #2415
Lawrenceville, near Georgia [30044]
Non-Domestic Without U.S.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA, ex rel. andre-lauren: clark,

*Relator,*

v.

Case No. 1:25-cv-0163

GWINNETT COUNTY, SNELLVILLE POLICE DEPARTMENT, SGT. FINNEY (Badge #29), OFFICER GREENE, OFFICER S. BERRY, THORPE, MOORE, NGUYEN, AND JOHN DOES 1-10,

*Defendants.*

## WRIT OF QUI TAM PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3729–3733
### (Submitted with Clean Hands and in Good Faith)

TO THE HONORABLE COURT:

Relator: andre-lauren: clark, as affiant, acting on behalf of the United States of America, petitions this Court for a Writ of Qui Tam under the False Claims Act (FCA), 31 U.S.C. §§ 3729–3733, to recover damages and penalties for fraudulent claims made by Defendants to secure and misuse federal funds. This petition is submitted with clean hands and in good faith.

### A. INTRODUCTION

1. Relator: andre-lauren: clark, a non-citizen national of the United States and whistleblower under the FCA, brings this action on behalf of the federal government to address fraudulent claims made by Defendants to obtain DOJ grant funds.

2. Defendants knowingly and willfully submitted false certifications and claims to the DOJ to secure federal funding under programs such as the Edward Byrne Memorial Justice

Assistance Grant (JAG) Program, COPS Hiring Program, H.E.A.T., and related initiatives, while simultaneously engaging in unconstitutional and unlawful practices that violated the terms of those grants.

3. Defendants' fraudulent conduct directly facilitated egregious violations of constitutional rights, including:

    I.    Misclassification of Relator's private automobile as a "motor vehicle" to unlawfully generate revenue through citations *(see Exhibit A: Notice and Praecipe - Rescission of Driver's License and Vehicle Registration)*.

    II.    Unlawful detention without probable cause, violating the Fourth Amendment and DOJ grant compliance requirements *(see Exhibit D: Citations, Bonds, and Release Documentation)*.

    III.    Seizure of Relator's biometric data under duress, contrary to DOJ guidelines on civil rights *(see Exhibit E: Gwinnett County Sheriff's Department Inmate Cash Bag and Exhibit F: Property Report)*.

    IV.    Inhumane detention conditions, violating the Eighth Amendment and federal detention standards.

    V.    Intentional infliction of emotional and psychological distress, amounting to torture under 18 U.S.C. § 2340.

4. Relator asserts that Defendants' fraudulent misuse of federal funds and violations of constitutional protections constitute fraud against the United States under the FCA.

**B.** JURISDICTION AND VENUE

1. This Court has jurisdiction under 31 U.S.C. § 3732(a), which grants district courts jurisdiction over actions brought under the FCA.

2. Venue is proper in this District under 31 U.S.C. § 3732(a) because the acts alleged to violate the FCA occurred in Gwinnett County, Georgia, which is within this Court's jurisdiction.

3. Relator brings this action in good faith and with clean hands, as required under the principles of equity and the FCA.

4. Pursuant to 31 U.S.C. § 3730(b)(2), this petition is filed under seal to allow the United States government to investigate the claims without alerting Defendants, preserving the integrity of the case.

## C. PARTIES

1. Relator:
   I.  : andre-lauren: clark, acting as a whistleblower on behalf of the United States government.
2. Defendants:
   I.  Sgt. Finney (Badge #29): Unlawfully detained Complainant and fabricated charges.
   II.  Officer Greene: Reclassified Complainant's private automobile and participated in unlawful detention.
   III.  Officer S. Berry: Actively involved in the misclassification of property and procedural violations.
   IV.  Thorpe, Moore, Nguyen: Present during the violations but failed to intervene.
   V.  Gwinnett County and Snellville Police Department: Institutions responsible for overseeing the actions of their personnel.
   VI.  John Does 1-10: Believed to be additional officers or officials who participated in or approved the fraudulent certifications and misuse of federal funds. Their identities will be determined during discovery.

## D. FACTUAL ALLEGATIONS

Fraudulent Certifications and Use of DOJ Grant Funds

1. Defendants, as recipients of federal grant funding, were required to comply with specific conditions and certifications mandated by the DOJ, including adherence to constitutional protections, transparency, and accountability.
2. Defendants knowingly and falsely certified compliance with these conditions while engaging in egregious misconduct, including:
   I.  Misclassifying Relator's private automobile as a "motor vehicle" for purposes of generating revenue through unlawful citations.

II. Detaining Relator without probable cause, violating the Fourth Amendment and DOJ grant compliance requirements.

III. Seizing biometric data under duress and without proper authorization, contrary to DOJ guidelines on civil rights.

IV. Subjecting Relator to inhumane detention conditions, violating the Eighth Amendment and federal detention standards.

V. Engaging in practices that caused emotional distress, constituting torture under 18 U.S.C. § 2340.

3. These acts demonstrate a pattern of systemic misconduct that directly contradicts the certifications required under DOJ grant programs, including but not limited to:

I. Edward Byrne Memorial Justice Assistance Grant (JAG) Program,

II. COPS Hiring Program,

III. Community Policing Development (CPD) Grants.

IV. H.E.A.T Grant

4. By failing to comply with grant conditions, Defendants misappropriated federal funds for unconstitutional purposes, defrauding the United States government.

## E. EXHIBITS

Relator incorporates the following exhibits, which provide material evidence supporting the allegations in this Writ of Qui Tam:

1. Exhibit A: Notice and Praecipe - Rescission of Driver's License and Vehicle Registration. - Misclassification of Relator's private automobile as a "motor vehicle."

2. Exhibit B: Active DOT Status (4295509). - Demonstrates the private status of Relator's automobile under DOT regulations.

3. Exhibit C: Google Drive Link to Audio and Video Recordings. - Audio and visual evidence of unlawful detention and procedural violations.

4. Exhibit D: Citations, Bonds, and Release Documentation. - Evidence of unlawful detention without probable cause and revenue generation through citations.

5. Exhibit E: Gwinnett County Sheriff's Department Inmate Cash Bag. - Evidence of coercive practices during detention and improper seizure of personal property.

6. Exhibit F: Property Report. - Supports the claim of duress and unauthorized seizure of biometric data.

7. Exhibit G: Correspondence with Authorities. - Documents attempts to resolve disputes, showing defendants' awareness of misconduct.

**F.** <u>CAUSE OF ACTION UNDER THE FALSE CLAIMS ACT (31 U.S.C. §§ 3729–3733)</u>

1. Defendants knowingly presented, or caused to be presented, false or fraudulent claims for payment or approval to the United States government.

2. Defendants knowingly made, used, or caused to be made or used, false records or statements material to fraudulent claims.

3. Defendants conspired to commit violations of the FCA by knowingly misusing federal funds for unlawful purposes.

4. The United States suffered damages as a direct result of Defendants' fraudulent claims and misrepresentations.

**G.** <u>PRAYER FOR RELIEF</u>

WHEREFORE, Relator: andre-lauren: clark, acting on behalf of the United States, demands judgment against Defendants as follows:

1. Treble Damages: Three times the amount of damages sustained by the United States government as a result of Defendants' fraudulent actions.

2. Civil Penalties: Statutory penalties under 31 U.S.C. § 3729(a) for each false claim submitted.

3. Attorney's Fees and Costs: Reasonable attorney's fees and costs incurred in bringing this action.

4. Relator's Share: Award Relator a percentage of any recovery obtained by the United States under the qui tam provisions of the FCA.

5. Other Relief: Grant any additional relief deemed just and proper by the Court.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, andre-lauren: clark, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 13th day of January 2024, at Grayson, Georgia.

By: _____

andre-lauren of the clark family, Relator, sui juris, in propria persona,

as complainant in exclusive equity,

Non-citizen National of the United States of America, Private American, asserting equitable

rights under the Constitution of the United States of America (1787) and laws of equity,

reserving all rights and remedies without prejudice, UCC 1-308

# EXHIBIT A



**Andre-Lauren of the Clark Family Living Beneficiary for ANDRE LAUREN CLARK Estate; general post office; judicial district Notice; Praecipe Notice to Respondeat Inferior is Notice to Respondeat Superior**
**This is a private non-negotiable international communication;**
**Notice is Law; as it is written; it shall be done;**
**Andre-Lauren of the Clark Family, a man, claim: any man or Person who alter or restyle this; my issue; does so under penalty and compensation to i;**

By: Registered Mail Number: RF 158 792 080 US
Spencer R. Moore
c/o Commissioner, Spencer R. Moore
Georgia Department of Driver Services
2206 East View Parkway
Conyers, GA near [30013]

By: Registered Mail Number: RF 158 792 093 US
Brad Raffensperger
c/o Georgia Secretary of State, Brad Raffensperger
214 State Capitol
Atlanta, GA near [30334]

**Notice and Praecipe: Rescission of Driver's License and Vehicle Registration for 2017 Maserati Ghibli SQ4 (VIN: ZAM57RTA6H1262634)**

**To the Head Georgia Department of Driver Services & Secretary of State of Georgia,**

I, Clark: Andre-Lauren, hereby issue this Notice and Praecipe, invoking the principles of exclusive equity jurisprudence. This document serves to assert my rights and clarify my standing with respect to both my driver's license and the registration of my 2017 Maserati Ghibli SQ4, VIN: ZAM57RTA6H1262634. Let it be known:

**1. Affirmation of Truth and Bond:**
I, Clark: Andre-Lauren, solemnly affirm that all statements herein are true and correct to the best of my knowledge, made in good faith and with clean hands, per the maxims of equity. My word, being true, is my bond, and I stand ready to substantiate all claims with evidence in support of this Notice.

## 2. Status of the Estate and Beneficiary:

I, Clark: Andre-Lauren, assert my claim as the sole and rightful beneficiary of the Estate styled "ANDRE LAUREN CLARK." This Estate is established pursuant to equitable principles wherein the trust relationship between the legal entity and the living man must be recognized. I seek recognition of this beneficiary status to ensure no improper mingling of interests between the legal fiction and my equitable rights.

## 3. Fiduciary Obligations of Officers:

I hereby accept the oath of office of any public officer who acts in relation to the Estate of "ANDRE LAUREN CLARK," the driver's license, and/or the registration of the 2017 Maserati Ghibli SQ4, VIN: ZAM57RTA6H1262634. This acceptance establishes a fiduciary obligation between the officer and me, the beneficiary. Equity requires that all officers act in good faith and with loyalty toward the beneficiary, as per their sworn oaths. This fiduciary duty is recognized under the doctrines of constructive trust and equitable obligation.

## 4. Rescission of Unconscionable Contracts:

I hereby give notice that all contracts entered into under unconscionable circumstances, where there was no meeting of the minds, are subject to rescission and deemed void ab initio. Specifically, any contract or agreement entered into under the name "ANDRE LAUREN CLARK" or its derivatives, in relation to both the driver's license and vehicle registration, where material terms were concealed or where consent was improperly obtained, is hereby rescinded. The equitable maxim "equity will not suffer a wrong without a remedy" applies, and I reserve the right to pursue equitable relief accordingly.

## 5. Driver's License Revocation:

Upon recent discovery, I assert that there exists no lawful requirement, under the laws of the State of Georgia or otherwise, compelling me, as a living man, to submit or maintain a driver's license or permit application under the name "ANDRE LAUREN CLARK." Any such applications, registrations, or licenses, whether past or present, bearing this name or any derivative thereof, are hereby revoked, rendered null and void, and deemed rescinded ab initio. This revocation is based upon principles of non-disclosure, constructive fraud, and lack of proper consent, rendering such agreements voidable under the doctrines of equity.

## 6. Vehicle Registration Revocation:

Similarly, with respect to the 2017 Maserati Ghibli SQ4, VIN: ZAM57RTA6H1262634, I assert that there is no lawful requirement compelling me to submit or maintain a vehicle registration in the name "ANDRE LAUREN CLARK." Any such vehicle registrations associated with this name or its derivatives are hereby revoked, rendered null and void, and rescinded ab initio. This revocation is grounded in the equitable principles of fraud, mistake, and lack of disclosure, and I reserve the right to invoke equity for remedy.

## 7. Revocation of Power of Attorney:

I, Clark: Andre-Lauren, do hereby revoke, rescind, and repudiate any and all powers of attorney, whether express, implied, or presumed, granted to the State of Georgia or any of

its agents, officers, or assigns, in connection with both the driver's license and the registration of the 2017 Maserati Ghibli SQ4, VIN: ZAM57RTA6H1262634. This revocation is absolute and takes effect retroactively, as equity regards that as done which ought to have been done. Any legal determinations made under the authority of such powers of attorney are hereby declared to be without force or effect.

**8. Waiver of Rights, Privileges, and Benefits:**
I further waive any and all rights, privileges, or benefits arising from or attached to any past contracts or agreements entered into under the name "ANDRE LAUREN CLARK" with respect to both the driver's license and the vehicle registration of the 2017 Maserati Ghibli SQ4, VIN: ZAM57RTA6H1262634. These waivers apply to all such instruments where consent was obtained through ignorance, fear, duress, or fraud. By invoking equitable relief, I seek the cancellation of such agreements and restitution from any undue imposition or presumption of authority.

**9. Removal of Name from State Records:**
It is my express wish and direction that the name "ANDRE LAUREN CLARK" be removed from all forms, applications, databases, and records held by the State of Georgia or its agencies, with respect to both the driver's license and the registration of the 2017 Maserati Ghibli SQ4, VIN: ZAM57RTA6H1262634. The principle of equitable estoppel prevents the State from enforcing contracts or obligations against me where there was no meeting of the minds or where fraud or mistake was present. I request that all parties be notified of this change immediately, and that compliance with this Notice be acknowledged without delay.

**10. Fee Schedule for Transgressions Against My Rights:**
In accordance with my inherent equitable rights, I establish the following Fee Schedule for any transgressions, violations, or infringements of my rights by any officers, agents of the Department of Motor Vehicles, or government principals:

- **For Detention or Regulation:** $3,100.00 USD per hour, or portion thereof, for any instance of detention, interrogation, or regulation without my expressed consent.
- **For Handcuffing or Incarceration:** $6,200.00 USD per hour for any instance of handcuffing, transportation, or incarceration without my consent.
- **For Taser Use or Injury:** $6,200,000.00 USD minimum for any tasering, injury, or unlawful seizure of biological property without my consent.

**11. Request for Oath of Fidelity and Bond Information:**
Should there be any failure or refusal to comply with the terms of this Notice, I require the presentation of the officer's Oath of Fidelity, along with the policy number, name, and address of the underwriter of their bond. The fiduciary duty under equity obligates public officers to act in accordance with their oaths, and I seek enforcement of this obligation.

## Conclusion:

This Notice and Praecipe is issued under my free will, act, and deed, in good faith and with clean hands, established this eleventh day of September, Two Thousand Twenty-Four. I declare that all statements herein are made with full intent to invoke the equitable relief to which I am entitled as a matter of law and equity.

By: _____

Clark: Andre-Lauren (Seal)

## Notary Acknowledgment:

I, the undersigned Notary Public, do hereby affirm that the living man known as Andre-Lauren: Clark appeared before me __HEMAN PATEL__ on this eleventh day of September, Two Thousand Twenty-Four, for the sole purpose of acknowledging the document titled Notice and Praecipe, and to voluntarily affix his thumbprint as evidence of his living status.

This acknowledgment is made strictly in witness of the fact that Clark: Andre-Lauren, a living man, has voluntarily affixed his autograph and fingerprint to this Notice, with no intent or agreement to submit himself or his Estate to any jurisdiction outside that which is strictly equitable in nature.

The acknowledgment of the autograph, fingerprint, and document shall not be construed as conferring, conceding, or submitting to any jurisdiction, statutory or otherwise, beyond the principles of exclusive equity under which this Notice is issued.

Witness my hand and seal this eleventh day of September, Two Thousand Twenty-Four.

Notary Public: __Heman Patel__

My Commission Expires: __08/02/2028__

SEAL

HEMAN PATEL
My Commission Expires
NOTARY
PUBLIC
08/02/2028
GWINNETT COUNTY, GEORGIA

Andre-Lauren: Clark
c/o 850 Dogwood Road
Suite B200 #2415
Lawrenceville, Georgia near [30044]
210-875-5450
Aclark8311@yahoo.com

## Equitable Notice and Praecipe for the Restoration of Private Property and Revocation of Commercial Designations

Andre-Lauren of the Clark Family, Living Beneficiary of the Estate of ANDRE LAUREN CLARK;
General Post Office, Judicial District
Notice and Praecipe
Notice to Respondeat Inferior is Notice to Respondeat Superior
This is a private, non-negotiable, international communication in the matter of exclusive equity.
**Notice is Law; as it is written, so shall it be done.**

I, Andre-Lauren of the Clark Family, a living man, and the rightful Beneficiary of the Estate of ANDRE LAUREN CLARK, hereby give notice that any man or person who alters, restyles, or modifies this document or my issue does so under penalty and with full liability for compensation due to me.

**Certified Tracking:** 9589 0710 5270 0394 7016 65 **Return Tracking:** 9590 9402 7232 1284 6908 20
**To: Georgia Department of Revenue**
Attn: Commissioner
c/o Frank O'Connell
Motor Vehicle Division
4125 Welcome All Road
Atlanta, GA 30349

**Certified Tracking:** 9589 0710 5270 0394 7016 41 **Return Tracking:** 9590 9402 7232 1284 6908 51
**To: Secretary of State of Georgia**
Attn: Secretary of State
c/o Brad Raffensperger
214 State Capitol
Atlanta, GA 30334

**Certified Tracking:** 9589 0710 5270 0786 6462 39 **Return Tracking:** 9590 9402 7232 1284 6908 44
**To: Georgia Department of Driver Services**
Attn: Commissioner
c/o Spencer R. Moore
2206 East View Parkway
Conyers, GA 30013

**Certified Tracking:** 9589 0710 5270 0394 7016 96 **Return Tracking:** 9590 9402 7232 1284 6907 90
**To: Office of the Governor of Georgia**
Attn: Governor

c/o Brian P. Kemp
206 Washington Street, Suite 203
State Capitol
Atlanta, GA 30334

## Equitable Notice and Praecipe for the Restoration of Private Property and Revocation of Commercial Designations

**State of Georgia Driver's License: 070155872**
**VIN: ZAM57RTA6H1262634**
**Automobile: 2017 Maserati Ghibli SQ4**

**To the Head Georgia Department of Driver Services & Secretary of State of Georgia,**

I, Clark: Andre-Lauren, hereby issue this Notice and Praecipe, invoking the highest principles of exclusive equity jurisprudence. It is in the purest sense of equity's moral foundation that I assert my rights, and request the recognition of such, with respect to both my driver's license and the registration of my 2017 Maserati Ghibli SQ4, VIN: ZAM57RTA6H1262634. Let it be known:

### 1. Affirmation of Truth and Bond:

In equity, all is guided by the principle of conscience. I, Clark: Andre-Lauren, do solemnly affirm that all statements herein are true and correct to the best of my knowledge, made in good faith, with clean hands, and in full alignment with the maxims of equity. Truth is the foundation upon which equity stands; it demands that one's word be not only a bond but also a reflection of moral duty. Therefore, my word, being true, becomes my bond, and I submit myself to the equitable jurisdiction whereby all claims herein are to be substantiated by the evidence and principles of justice. Truth is the highest bond of conscience in the court of equity.

### 2. Status of the Estate and Beneficiary:

The doctrine of equitable estate recognizes the separation between the legal title and the beneficial interest. In this matter, I, Clark: Andre-Lauren, assert my rightful claim as the sole beneficiary of the Estate known as "ANDRE LAUREN CLARK." The legal title may reside with the artificial entity, but the beneficial interest, being grounded in equitable principles, resides solely with the living man. The recognition of this trust relationship must ensure that no improper mingling occurs between the legal fiction and the rights of the beneficiary. Equity compels that the trustee (the State) acts solely for the benefit of the beneficiary, and any act in contravention of this trust will invoke equitable remedy. The separation between legal form and equitable substance is paramount in maintaining justice, and I seek the court's acknowledgment of this essential principle.

### 3. Fiduciary Obligations of Officers:

Equity operates on the conscience of all parties, particularly those acting under the solemnity of an oath of office. I, as the beneficiary of the Estate of "ANDRE LAUREN CLARK," hereby accept the oaths of all public officers who engage with this Estate in their capacity as

fiduciaries. Such acceptance imposes upon them a fiduciary duty, which, under the principles of exclusive equity, binds them to act in the utmost good faith, loyalty, and care toward the beneficiary. The fiduciary's conscience must always guide their actions, and equity will not permit any deviation from this sacred duty. Constructive trust doctrines further bind such officers, demanding that any breach of this fiduciary duty be rectified through equitable relief. The law of equity knows no leniency for those who disregard their trust obligations, for to do so would violate the very heart of equity's moral fabric.

### 4. Rescission of Unconscionable Contracts:
Equity abhors contracts formed under circumstances that offend the conscience. I, therefore, give notice that any contracts or agreements entered into under the name "ANDRE LAUREN CLARK," particularly those related to the driver's license and vehicle registration, are hereby rescinded and declared void ab initio where they have been formed under unconscionable terms. Equity intervenes where there has been no true meeting of the minds or where material terms have been concealed or misrepresented. In accordance with the maxim that "equity will not suffer a wrong without a remedy," I reserve the right to pursue equitable rescission of such contracts, ensuring that no injustice is permitted to stand. A contract in equity must be grounded in fairness and full disclosure, and where these elements are lacking, equity steps in to restore balance and justice.

### 5. Driver's License Revocation:
It has come to my attention, upon thorough investigation, that there is no lawful requirement compelling me, a living man, to submit to the artificial construct of a driver's license or to be bound by the name "ANDRE LAUREN CLARK" in relation thereto. Any such license, application, or registration, past or present, under this name or any of its derivatives, is hereby revoked, rendered null and void, and rescinded ab initio. This revocation is rooted in principles of non-disclosure, constructive fraud, and the lack of proper consent, rendering such agreements voidable under the doctrines of equity. Equity intervenes wherever fraud, even constructive, has tainted an agreement. My rights, therefore, are restored to their original state, free from any encumbrances imposed by such defective and unconscionable instruments.

### 6. Vehicle Registration Cancellation Addendum:
Further, in line with my **Application for Voluntary Registration Cancellation**, I assert that the registration of the 2017 Maserati Ghibli, VIN: ZAM57RTA6H1262634, is to be cancelled on the grounds that this automobile shall no longer be classified as a "motor vehicle" for use in a commercial capacity. Equity always looks to the substance over the form, and here the substance of my use of this property falls outside the definition provided under

U.S. Code Title 18, § 31(6), which defines a motor vehicle as:
*"Every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers and property, or property or cargo."*

Furthermore, under U.S. Code Title 18, § 31(10), "commercial purposes" is defined as:
*"The carriage of persons or property for any fare, fee, rate, charge, or other consideration, or directly or indirectly in connection with any business, or other undertaking for profit."*

As this Maserati Ghibli shall no longer be used in any such commercial capacity, it is to be classified as **private property** under non-commercial status, in accordance with USDOT 4295509 (Active Date: 9/13/2024). Equity mandates that formality never overrides substantive justice, and therefore, the prior classification of this automobile as a "vehicle" for commercial purposes is no longer applicable. The principle that "equity looks on that as done which ought to be done" compels the cancellation of this registration in recognition of its rightful status as private property.

### 7. Revocation of Powers of Attorney:
In equity, no power or authority may be exercised without the informed consent of the principal. I hereby revoke, rescind, and repudiate any and all powers of attorney, express or implied, that may have been granted to the State of Georgia or any of its agents with respect to both the driver's license and the registration of the 2017 Maserati Ghibli. This revocation, being rooted in the equitable maxim that "equity regards as done that which ought to have been done," takes effect retroactively, and any prior acts conducted under such powers of attorney are rendered null and void. Equity will not permit an unauthorized or unconscionable exercise of power to stand.

### 8. Waiver of Rights, Privileges, and Benefits:
I, Clark: Andre-Lauren, acting in full knowledge and with clean hands, waive any rights, privileges, or benefits that may have accrued under any past contracts or agreements entered under the name "ANDRE LAUREN CLARK" with respect to both the driver's license and the vehicle registration. These waivers apply to all instruments entered without full knowledge or under circumstances involving ignorance, fear, duress, or fraud. Equity intervenes where injustice arises from undue influence or misrepresentation, and I hereby invoke the equitable remedy of cancellation for any such agreements, reserving my right to seek restitution from any undue imposition.

### 9. Removal of Name from State Records:
It is my express directive that the name "ANDRE LAUREN CLARK" be removed from all records, databases, forms, and applications held by the State of Georgia or its agencies, with respect to both the driver's license and the vehicle registration for the 2017 Maserati Ghibli. The doctrine of equitable estoppel prevents the State from enforcing any obligations or contracts against me where no true meeting of the minds occurred, or where fraud or mistake was present. Therefore, I seek the immediate removal of this name from all records to avoid the perpetuation of any inequity.

### 10. Fee Schedule for Transgressions Against My Rights:
In furtherance of protecting my rights, I establish the following equitable fee schedule for any violations or transgressions by public officers, agents, or principals of the Department of Motor Vehicles, or any other governmental body. Equity's protection of rights is paramount, and where infringements occur, compensation is not merely a remedy but a necessary deterrent:

- **Detention or Regulation Without Consent:** $6,200.00 USD per hour for any instance of unlawful detention or regulation.
- **Handcuffing or Incarceration Without Consent:** $12,400.00 USD per hour for any such unlawful action.
- **Injury or Seizure of Biological Property Without Consent:** $12,400,000.00 USD minimum for any tasering, injury, or unlawful seizure.

## 11. Request for Oath of Fidelity and Bond Information:

In equity, all public officers are bound by their oaths and the principles of fiduciary duty. Should any party fail to comply with the terms of this Notice, I hereby request the presentation of the officer's Oath of Fidelity, alongside the policy number, name, and address of the underwriter of their bond. This request is made in alignment with equity's principle of fiduciary obligation, ensuring that all officers act in accordance with their oaths.

## Conclusion:

This Notice and Praecipe, including the addendum concerning the cancellation of registration for my private property, is issued under my free will, in good faith and with clean hands. I invoke the principles of equity in seeking to restore my lawful rights and status, and I affirm that all statements herein are made with full intent to secure equitable relief as a matter of law and conscience.

By: _____

**Andre-Lauren: Clark**

Non-citizen National of the United States of America, Private American, asserting equitable rights under the Constitution of the United States of America (1776) and laws of equity, reserving all rights and remedies without prejudice, UCC 1-308.

## Notary Acknowledgment:

I, the undersigned Notary Public, do hereby affirm that the living man known as Andre-Lauren: Clark appeared before me _____ J. Smith _____ on this fifth day of October, Two Thousand Twenty-Four, for the sole purpose of acknowledging the document titled Notice and Praecipe, and to voluntarily affix his thumbprint as evidence of his living status. This acknowledgment is made strictly in witness of the fact that Clark: Andre-Lauren, a living man, has voluntarily affixed his autograph and fingerprint to this Notice, with no intent or agreement to submit himself or his Estate to any jurisdiction outside that which is strictly equitable in nature. The acknowledgment of the autograph, fingerprint, and document shall not be construed as conferring, conceding, or submitting to any jurisdiction, statutory or otherwise, beyond the principles of exclusive equity under which this Notice is issued.

Witness my hand and seal this eleventh day of September, Two Thousand Twenty-Four.

Notary Public: _____          SEAL

My Commission Expires: _10/14/2025_

# USPS Tracking®

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U: psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

✕

Your item was delivered to an individual at the address at 10:37 am on September 18, 2024 in CONYERS, GA 30013.

CONYERS, GA 30013
September 18, 2024, 10:37 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**Product Information** ⌄

See Less ⌃

Feedback

Track Another Package

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U: psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

✕

We now anticipate delivery of your package the next business day. We apologize for the delay.

September 15, 2024, 2:47 am

ATLANTA, GA 30334
September 14, 2024, 8:47 am

ATLANTA, GA 30303
September 14, 2024, 8:36 am

PALMETTO, GA 30268
September 13, 2024, 2:17 am

PALMETTO, GA 30268
September 13, 2024, 2:09 am

NORTH METRO, GA 30026

September 12, 2024, 4:12 pm

ATLANTA GA DISTRIBUTION CENTER
September 11, 2024, 4:03 pm

LOGANVILLE, GA 30052
September 11, 2024, 3:07 pm

LOGANVILLE, GA 30052
September 11, 2024, 2:29 pm

GRAYSON, GA 30017
September 11, 2024, 2:28 pm

GRAYSON, GA 30017
September 11, 2024, 2:10 pm

GRAYSON, GA 30017
September 11, 2024, 12:45 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-
package)**

**Text & Email Updates**  ⌄

**Product Information**  ⌄

**See Less ⌃**

Track Another Package

Feedback

# Need More Help?

## Receipt 1

**Registered No.** RF 158792080 US

RF 158792080 US

**Date Stamp** 0244 9

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $0.77 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $8.60 | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt (electronic) $ $0.00 | | |
| ☐ Restricted Delivery $0.00 | Total Postage & Fees $ $19.37 | |
| Customer Must Declare Full Value $ $0.00 | Received by 09/11/2024 | |

SEP 11 2024 GA

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM:
Andrew Lauren Clark
c/o 850 Dogwood Road
Suite B200 #2415
Lawrenceville, Georgia near-[30044]

TO:
c/o GA Secretary of State Brad R.
214 State Capitol
Atlanta, Georgia near [30334]

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

## Receipt 2

**Registered No.** RF158792080US

**Date Stamp** 0244 9

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $0.77 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $18.60 | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (electronic) $ $0.00 | | |
| ☐ Restricted Delivery $0.00 | Total Postage & Fees $ $19.37 | |
| Customer Must Declare Full Value $ $0.00 | Received by 09/11/2024 | |

SEP 11 2024 30017

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM:
Andrew Lauren Clark
c/o 850 Dogwood Road
Suite B200 #2415
Lawrenceville, Georgia near [30044]

TO:
c/o Commissioner Spencer R. Moore
Georgia Dept of Driver Services
2206 East View Parkway
Conyers, Georgia near [30013]

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



# Affidavit for Voluntary Surrender of Georgia Driver's License, Permit, or Identification Card

I, _Clark_ _Andre-Lauren_ _____
   Last Name      First Name      Middle Name

further identified by date of birth _11_ - _07_ - _1983_ , do hereby voluntarily surrender to the
                                    M M   D D    Y Y Y Y

Georgia Department of Driver Services all of the following documents:

| License/Permit/Identification Card Number: 07.01.55.872 | _C_ Class | _5/13/23_ Issue Date | ☑ Document Surrendered ☐ Lost |
| License/Permit/Identification Card Number: | Class | Issue Date | ☐ Document Surrendered ☑ Lost |
| License/Permit/Identification Card Number: | Class | Issue Date | ☐ Document Surrendered ☐ Lost |
| License/Permit/Identification Card Number: | Class | Issue Date | ☐ Document Surrendered ☐ Lost |
| License/Permit/Identification Card Number: | Class | Issue Date | ☐ Document Surrendered ☐ Lost |

For each Georgia Driver's License/Permit/Identification card attached or lost, please explain why you do not want to replace: _I demand the contract for this license be voided for lack of full disclosure, and misnomer. I want all rights and priviledges waived_

Under penalty of law, I do hereby swear or affirm that the information contained on this Affidavit for Voluntary Surrender of Georgia Driver's License/Permit/Identification Card is complete and accurate.

Signature _Andre-Lauren: Clark_          Surrender Date: _9/20/24_

Sworn to and subscribed before me

this _20_ day of _September_ , 20_24_ .

_____
Notary Signature/Seal

_____
Commission expiration date

EXAMINER: Is a record combine necessary? ☐ YES ☐ NO

DDS 577 (06-08)

# EXHIBIT B

USDOT Number   MC/MX Number  •  Name

Enter Value:  CLARK ANDRE LAUREN TR

Search

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

| Other Information for this Carrier |
| --- |
| ▼ SMS Results |
| ▼ Licensing & Insurance |

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

### USDOT Status

- **ACTIVE:** The entity's US DOT number is active.
- **INACTIVE:** Inactive per 49 CFR 390.19(b)(4); biennial update of MCS-150 data not completed.
- **OUT-OF-SERVICE:** Carrier is under any type of out-of-service order and is not authorized to operate.

### Operating Authority Status

- **AUTHORIZED FOR { Passenger, Property, HHG }:** This will list the specific operating authorities the carrier (or broker) is allowed to operate.
- **NOT AUTHORIZED:** The entity does not have any operating authority and/or is not authorized to engage in interstate, for-hire operations.
  - ***Please Note: NOT AUTHORIZED** does not apply to **Private** or **Intrastate** operations.*
- **OUT-OF-SERVICE:** Carrier is under any type of out-of-service order and is not authorized to operate.

### Out of Service Date

Indicates the date the company was ordered Out of Service. If there are multiple Out of Service orders, the earliest date will be displayed.

**Please note:** If there are multiple Out-of-Service orders, the earliest date will be displayed.

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 10/03/2024. Carrier VMT Outdated.**

| USDOT INFORMATION | | | |
| --- | --- | --- | --- |
| **Entity Type:** | CARRIER | | |
| **USDOT Status:** | ACTIVE | **Out of Service Date:** | None |
| **USDOT Number:** | 4295509 | **State Carrier ID Number:** | |
| **MCS-150 Form Date:** | 09/13/2024 | **MCS-150 Mileage (Year):** | |
| OPERATING AUTHORITY INFORMATION | | | |
| **Operating Authority Status:** | NOT AUTHORIZED | | |
| | *Please Note: .NOT AUTHORIZED does not apply to Private or Intrastate operations.* | | |
| | For Licensing and Insurance details click here. | | |
| **MC/MX/FF Number(s):** | | | |
| COMPANY INFORMATION | | | |
| **Legal Name:** | CLARK ANDRE LAUREN TR | | |
| **DBA Name:** | | | |
| **Physical Address:** | 850 DOGWOOD RD STE B200 #2415 LAWRENCEVILLE, GA 30044-7213 | | |
| **Phone:** | (210) 875-5450 | | |
| **Mailing Address:** | 850 DOGWOOD RD STE B200 #2415 LAWRENCEVILLE, GA 30044-7213 | | |
| **DUNS Number:** | -- | | |
| **Power Units:** | 0 | **Drivers:** | 0 |

**Operation Classification:**

| | | |
| --- | --- | --- |
| Auth. For Hire | x Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | | Local Gov't |
| x Private(Property) | Migrant | Indian Nation |
| Priv. Pass. (Business) | U.S. Mail | |
| | Fed. Gov't | |

**Carrier Operation:**

| | Interstate | Intrastate Only (HM) | x Intrastate Only (Non-HM) |
|---|---|---|---|

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | x Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| | Coal/Coke | Agricultural/Farm Supplies |
| Building Materials | Meat | |
| Mobile Homes | Garbage/Refuse | Construction |
| Machinery, Large Objects | US Mail | Water Well |
| | | X OTHER |
| Fresh Produce | | |

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

### US Inspection results for 24 months prior to: 10/03/2024

Total Inspections: 0
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

#### Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average % as of DATE 08/30/2024* | 22.26% | 6.67% | 4.44% | N/A |

**\*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.**

#### Inspections

*Number of roadside inspections conducted within the past two years. (Note: These inspections are distinct from the periodic inspections required under 49 CFR Part 396.17, and may not include inspection of all parts and accessories set forth in 49 CFR Part 396 Appendix A.)*

*The inspections listed on SAFER are conducted in accordance with the North American Standard Inspection Program which was created by the Commercial Vehicle Safety Alliance (CVSA) as the roadside inspection process for inspecting commercial motor vehicles and drivers throughout North America.*

*Inspections are listed as total, driver, vehicle, and Hazmat. Please see https://www.fmcsa.dot.gov/safety/question-1-can-violation-free-cvsa-level-i-or-level-v-inspection-be-used-satisfy-periodic for more details.*

### Crashes reported to FMCSA by states for 24 months prior to: 10/03/2024

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

#### Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

**ID/Operations** | **Inspections/Crashes In US** | Inspections/Crashes In Canada | **Safety Rating**

### Canadian Inspection results for 24 months prior to: 10/03/2024

Total inspections: 0
Note: Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

### Crashes results for 24 months prior to: 10/03/2024

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

Carrier Safety Rating:

### The rating below is current as of: 10/03/2024

### Review Information:

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

# EXHIBIT C

# LINK TO GOOGLE DRIVE FOLDER FOR AUDIO AND VIDEO RECORDINGS

https://drive.google.com/drive/folders/175wy0VtxiEkNyPqduqiyVm3LO1tZFWJ9?usp=share_link

# EXHIBIT D

# You have been charged with the following offenses:

| Code: | Type: | Order #: | Charge: | Bond Amt: | Bond Type: | Fee: (Cash Only) |
|---|---|---|---|---|---|---|
| 40-6-121 | | S240016791 | SNELLVILLE - MAKING IMPROPER U-TURN | $125.00 | SB,CB | $20.00 |
| 40-8-73.1 | | S240016794 | SNELLVILLE - WINDOW TINT VIOLATION | $125.00 | SB,CB | $20.00 |
| 40-5-20A | | S240016792 | SNELLVILLE - DRIVING W/O A LICENSE | $750.00 | SB,CB | $20.00 |
| 40-2-7 | | S240016793 | SNELLVILLE - TAGS: REMOVING/AFFIXING TAG W/INTENT | $158.50 | SB,CB | $20.00 |

Your total bond amount is: $1158.50   *1270 to 1500*

Your total fee amount (cash only) is: $80.00

You may or may not have a bond set. If you have a bond, your bond can be posted in CASH or PROPERTY in most cases. If your bond is CASH ONLY, you must post the entire amount of the bond and ALL FEES in CASH. If someone will be bringing your CASH bond, have them call (770)822-3100 to obtain the exact total of Bond AND FEES.
If your BOND TYPE listed above is CB, you must post CASH.
If it is NB, you have NO BOND.
If it is SB, you can post either property or cash.

You can post a property bond by having someone who owns property in Gwinnett County post their property as a bond. If they own property in another county, they can obtain an approved bond from that county, or you can contact an authorized Bonding Company.

17-6-30 Fees of Sureties
(a) Sureties on criminal bonds in any court shall not charge or receive more than 15 percent of the face amount of the bond set, which amount includes the principal and all applicable surcharges, as compensation from defendants or from anyone acting for defendants; provided, however, that a surety may charge and received a minimum of $50.00 per bonded charge or offense as compensation, regardless of whether such compensation exceeds 15 percent of the face amount of any bond set.

*CASH TOTAL ₦ 1,138.50*

You are being held at:
The Gwinnett County Sheriff's Department
Detention Center
2900 University Parkway
Lawrenceville, Ga. 30043
(770) 619-6500

# UNIFORM TRAFFIC CITATION, SUMMONS, AND ACCUSATION/WARNING

**GA0670800**     **240016794**

Court Case Number    NCIC Number    Citation Number

## Snellville City Police Department

### SECTION I - VIOLATOR

Upon Month **09** (Day) **25** (Year) **2024** at **03:05 PM** ☐ A.M. ☒ P.M.

Operator License No. **070155872**

License Class or Type **C** State **GA** Endorsement _____ Expires **2025**

Name **CLARK** (Last)    **ANDRE** (First)    **LAUREN** (Middle)

Address **1143 IRONWOOD DR**

City **GRAYSON** State **GA** Zip Code **30017**

DOB **11/07/1983** Hair **XXX** Hgt. **6'01"** Wgt. **200** Sex **M** Race **U** Eyes **BRO**

Veh. Yr. **2017** Make **MASE** Style **GHIBLI** Color **Silver**

Registration No. **TFV2783** Yr. **2024** State **GA**

Trailer Tag No. _____ State _____

CDL ☐ YES ☒ NO    ACCIDENT ☐ YES ☒ NO    INJURIES ☐ YES ☒ NO    FATALITIES ☐ YES ☒ NO

### SECTION II - VIOLATION

☐ 2-LANE ROAD ☐ DRIVER REQUESTED ACCURACY CHECK ☐ VASCAR ☐ LASER ☐ RADAR

Within the State of Georgia, did commit the following offense: SPEEDING - Clocked by ☐ PATROL VEHICLE ☒ OTHER

(Serial # _____ Calibration / Check _____ ) at **0** MPH in a _____ zone.

☐ DUI (Test administered. ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER) DUI Test results _____

TEST ADMINISTERED BY (if applicable) _____

OFFENSE (Other than above) **Window tint violation**

In Violation of Code Section **40-8-73.1** of ☒ State Law ☐ Local Ordinance

REMARKS **Tint read at 21% below the legal limit**

PLACE OF EMPLOYMENT:

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---------|--------------|---------|----------|-----------------------------------|
| ☐ Clear | ☐ Dry ☐ Concrete | ☐ Light | ☐ Daylight | ☐ 16+ Passengers |
| ☐ Cloudy | ☒ Wet ☒ Blacktop | ☐ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Materials Violation |
| ☐ Other | ☐ Other ☐ Other | | | |

### SECTION III - LOCATION

County of **Gwinnett**

on **GA 124** _____ and _____ miles _____ of (city) _____

at or near mile post **0** , or within (city) **SNELLVILLE**

at/on (secondary location) **TREE LANE**

OFFICER **Finney, Myesha** (Print) Badge # **29** ☐ School Zone Div. **SPD**

### SECTION IV - SUMMONS

You are hereby ordered to appear in the court indicated below to answer this charge on

(DATE) **11/20/2024** at (TIME) **01:30** ☐ A.M. ☒ P.M.

☐ Must Appear     ☐ WARNING     ☐ JAILED

SNELLVILLE MUNICIPAL COURT
2342 OAK RD, SNELLVILLE, GA 30078
(770) 985-3550

### SECTION V - OFFICER CERTIFICATION

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you may cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license may be suspended. (Georgia Code 17-8-11 and 40-5-56) The suspension may remain in effect until such time as there is a satisfactory disposition in this matter, or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL ☐ YES ☒ NO RELEASED TO _____

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE _____ PHONE # _____

NCIC NO. 93 NR-GA 0670300

FINES MAY BE MAILED TO OR PAID AT:

SNELLVILLE MUNICIPAL COURT
2342 OAK RD, SNELLVILLE, GA 30078

Payment for fines must be received prior to the given court date. Accepted forms of payment are cash, money orders, Mastercard, VISA, and debit cards bearing the Mastercard/VISA logo.

If the court listed above is Snellville Municipal Court citations may be paid online at: https://snellvillega.governmentwindow.com/

If the court listed is not Snellville Municipal Court or you do not wish to pay online please call the phone number below.

PLEASE ALLOW 3 WORKING DAYS FOR PROCESSING BEFORE PAYMENT FOR PAYMENT, COURT DATES, OR QUESTIONS CONCERNING CITATIONS PLEASE CALL (770) 985-3550

NOTICE

YOU HAVE BEEN SERVED WITH A CITATION AND SUMMONS. IF YOU FAIL TO APPEAR TO ANSWER THE CHARGE, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOUR DRIVERS LICENSE SHALL BE SUSPENDED BY THE GEORGIA DEPARTMENT OF DRIVER SERVICES.

You have been issued a traffic citation by the Snellville Police Department. Officers of the Snellville Police Department ARE NOT authorized TO SET OR ACCEPT cash bonds.

If you were permitted to show your drivers license in lieu of Bail pursuant to Georgia Code 17-5-11, presentation of the license does not excuse you from appearing in court and answering the charges against you. Your failure to appear as directed shall result in the automatic suspension of your drivers license by the Georgia Department of Driver Services.

A LICENSE MAY NOT BE DISPLAYED IN LIEU OF BAIL FOR THE FOLLOWING OFFENSES:

1. Homicide by vehicle.
2. Any felony in which a vehicle is used.
3. Hit and run or leaving the scene of an accident.
4. Racing.
5. Using a vehicle in fleeing or attempting to elude an officer.
6. Reckless driving.
7. Feticide by vehicle.
8. Serious injury by vehicle.
9. Homicide or serious injury by interfering with traffic control device or railroad sign / signal.
10. Controlled substance or marijuana offenses pursuant to 40-5-75.
11. Driving on a suspended or revoked license.
12. Driving under the influence of alcohol / drugs.
13. Fraudulent or fictitious use of a drivers license.
14. Aggressive Driving.

I, THE UNDERSIGNED, DO HEREBY ENTER MY WRITTEN, RATHER THAN PERSONAL APPEARANCE IN THE COURT CASE RESULTING FROM THE VIOLATION CHARGED ON THE REVERSE SIDE OF THIS CITATION. I UNDERSTAND THAT BY PAYING MY FINE AND NOT PERSONALLY APPEARING BEFORE THE COURT, I AM WAIVING ANY RIGHT THAT I MIGHT HAVE HAD TO A TRIAL BY JUDGE OR JURY AND TO BE REPRESENTED BY COUNSEL. I FURTHER UNDERSTAND THAT BY PAYING THE FINE, I HAVE PLED GUILTY TO THE OFFENSE AS CHARGED.

SIGNATURE OF ACCUSED: _____

GA0670800

240016793

Court Case Number

NCIC Number

Citation Number

## Snellville City Police Department

**SECTION I - VIOLATOR**

Upon
Month 09 (Day) 25 (Year) 2024 at 03:05 PM ☐ A.M. ☒ P.M.

Operator License No. 070155872

License Class or Type C    State GA    Endorsement _____    Expires 2025

Name CLARK    ANDRE    LAUREN
(Last)    (First)    (Middle)

Address 1143 IRONWOOD DR

City GRAYSON    State GA    Zip Code 30017

DOB 11/07/1983    Hair XXX    Hgt. 6'01"    Wgt. 200    Sex M    Race U    Eyes BRO

Veh. Yr. 2017    Make MASE    Style GHIBLI    Color Silver

Registration No. TFV2763    Yr. 2024    State GA

Trailer Tag No. _____    State _____

CDL ☐ YES ☒ NO    ACCIDENT ☐ YES ☒ NO    INJURIES ☐ YES ☒ NO    FATALITIES ☐ YES ☒ NO

**SECTION II VIOLATION**

☐ 2-LANE ROAD    ☐ DRIVER REQUESTED ACCURACY CHECK    ☐ VASCAR    ☐ LASER    ☐ RADAR

Within the State of Georgia, did commit the following offense:    SPEEDING - Clocked by ☐ PATROL VEHICLE ☒ OTHER

(Serial # _____    Calibration / Check _____ ) at 0    NPH on a _____ zone

☐ DUI (Test administered.    ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER)    DUI Test results _____

TEST ADMINISTERED BY (if applicable) _____

OFFENSE (Other than above) Removing or affixing license plate with intent to conceal or

In Violation of Code Section 40-2-7    , of ☒ State Law ☐ Local Ordinance

REMARKS vehicle was affixed with a plate 4285508 with no state plate advising it was registered to the US Department of Transportation. Valid license plate was located in the trunk.

PLACE OF EMPLOYMENT:

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|
| ☒ Clear | ☐ Dry ☐ Concrete | ☐ Light | ☒ Daylight | ☐ 16+ Passengers |
| ☐ Cloudy | ☒ Wet ☒ Blacktop | ☒ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Materials Violation |
| ☐ Other | ☐ Other ☐ Other | | | |

**SECTION III LOCATION**

County of Gwinnett

on GA 124    and _____ miles _____ of (city) _____    at or near ☐    , or within (city) SNELLVILLE
mile post 0

ation (secondary location) TREE LANE

OFFICER Finney, Myesha    Badge # 29    ☐ School Zone    Div. SPD
(Print)

**SECTION IV SUMMONS**

You are hereby ordered to appear in the court indicated below to answer this charge on

(DATE) 11/20/2024    at (TIME) 01:30    ☐ A.M. ☒ P.M.

☐ Must Appear    ☐ WARNING    ☐ JAILED

SNELLVILLE MUNICIPAL COURT
2342 OAK RD, SNELLVILLE, GA 30078
(770) 985-3550

**SECTION V OFFICER CERTIFICATION**

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you may cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license may be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension may remain in effect until such time as there is a satisfactory disposition in this matter, or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL    ☐ YES ☒ NO    RELEASED TO _____

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE _____    PHONE #: _____

NCIC NO. SS NR-GA 0670300

FINES MAY BE MAILED TO OR PAID AT:

SNELLVILLE MUNICIPAL COURT
2342 OAK RD, SNELLVILLE, GA 30078

Payment for fines must be received prior to the given court date.
Accepted forms of payment are cash, money orders,
Mastercard, VISA, and debit cards bearing the Mastercard/VISA logo.

If the court listed above is Snellville Municipal Court citations may be paid online at:
https://snellvillega.governmentwindow.com/

If the court listed is not Snellville Municipal Court or you do not wish to pay online please call the phone number below.

PLEASE ALLOW 5 WORKING DAYS FOR PROCESSING BEFORE PAYMENT
FOR PAYMENT, COURT DATES, OR QUESTIONS CONCERNING CITATIONS PLEASE CALL
(770) 985-3550

NOTICE

YOU HAVE BEEN SERVED WITH A CITATION AND SUMMONS. IF YOU FAIL TO APPEAR TO ANSWER THE CHARGE, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOUR DRIVERS LICENSE SHALL BE SUSPENDED BY THE GEORGIA DEPARTMENT OF DRIVER SERVICES.

You have been issued a traffic citation by the Snellville Police Department.
Officers of the Snellville Police Department ARE NOT authorized TO SET OR ACCEPT cash bonds.

If you were permitted to show your drivers license in lieu of Bail pursuant to Georgia Code 17-6-11, presentation of the license does not excuse you from appearing in court and answering the charges against you. Your failure to appear as directed shall result in the automatic suspension of your drivers license by the Georgia Department of Driver Services.

A LICENSE MAY NOT BE DISPLAYED IN LIEU OF BAIL
FOR THE FOLLOWING OFFENSES:

1. Homicide by vehicle.
2. Any felony in which a vehicle is used.
3. Hit and run or leaving the scene of an accident.
4. Racing.
5. Using a vehicle in fleeing or attempting to elude an officer.
6. Reckless driving.
7. Fatuade by vehicle.
8. Serious injury by vehicle.
9. Homicide or serious injury by interfering with traffic control device or railroad sign / signal.
10. Controlled substance or marijuana offenses pursuant to 40-5-75.
11. Driving on a suspended or revoked license.
12. Driving under the influence of alcohol / drugs.
13. Fraudulent or fictitious use of a drivers license.
14. Aggressive Driving.

I, THE UNDERSIGNED, DO HEREBY ENTER MY WRITTEN, RATHER THAN PERSONAL APPEARANCE IN THE COURT CASE RESULTING FROM THE VIOLATION CHARGED ON THE REVERSE SIDE OF THIS CITATION. I UNDERSTAND THAT BY PAYING MY FINE AND NOT PERSONALLY APPEARING BEFORE THE COURT, I AM WAIVING ANY RIGHT THAT I MIGHT HAVE HAD TO A TRIAL BY JUDGE OR JURY AND TO BE REPRESENTED BY COUNSEL. I FURTHER UNDERSTAND THAT BY PAYING THE FINE, I HAVE PLED GUILTY TO THE OFFENSE AS CHARGED.

SIGNATURE OF ACCUSED: _____

# GEORGIA
## UNIFORM TRAFFIC CITATION, SUMMONS, AND ACCUSATION/WARNING

**GA0670800**
NCIC Number

**240016792**
Citation Number

Court Case Number

### Snellville City Police Department

**SECTION I - VIOLATOR**

Upon Month **09** (Day) **25** (Year) **2024** at **03:05** ☐ A.M. ☒ P.M.

Operator License No. **070155872**

License Class or Type **C** State **GA** Endorsement _____ Expires **2025**

Name **CLARK** (Last) **ANDRE** (First) **LAUREN** (Middle)

Address **1143 IRONWOOD DR**

City **GRAYSON** State **GA** Zip Code **30017**

DOB **11/07/1983** Hair **XXX** Hgt. **5'01"** Wgt. **200** Sex **M** Race **U** Eyes **BRO**

Veh. Yr. **2017** Make **MASE** Style **GHIBLI** Color **Silver**

Registration No. **TFV2763** Yr. **2024** State **GA**

Trailer Tag No. _____ State _____

COL ☐ YES ☒ NO    ACCIDENT ☐ YES ☒ NO    INJURIES ☐ YES ☒ NO    FATALITIES ☐ YES ☒ NO

**SECTION II VIOLATION**

☐ 2-LANE ROAD    ☐ DRIVER REQUESTED ACCURACY CHECK    ☐ VASCAR    ☐ LASER    ☐ RADAR
Within the State of Georgia, did commit the following offense:    SPEEDING- Clocked by ☐ PATROL VEHICLE ☒ OTHER
(Speed) _____ Calibration / Check _____ at **0** MPH in a _____ zone

☐ DUI (Test administered.    ☐ BLOOD    ☐ BREATH    ☐ URINE    ☐ OTHER)    DUI Test results _____

TEST ADMINISTERED BY (if applicable) _____

OFFENSE (Other than above) **Driving without a valid license**

In Violation of Code Section **40-5-20(a)** of ☒ State Law ☐ Local Ordinance

REMARKS **Driver is not licensed per GCIC**

PLACE OF EMPLOYMENT:

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|
| ☒ Clear | ☐ Dry ☐ Concrete | ☐ Light | ☒ Daylight | ☐ 16+ Passengers |
| ☐ Cloudy | ☒ Wet ☒ Blacktop | ☒ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Materials Violation |
| ☐ Other | ☐ Other ☐ Other | | | |

**SECTION III LOCATION**

County of **Gwinnett**

on **GA 124** _____ and _____ miles _____ of (city) _____ at or near **0** mile post _____, or within (city) **SNELLVILLE**

ation (secondary location) **TREE LANE**

OFFICER **Finney, Myesha** (Print) Badge # **29** ☐ School Zone Div. **SPD**

**SECTION IV SUMMONS**

You are hereby ordered to appear in the court indicated below to answer this charge on
(DATE) **11/20/2024** at (TIME) **01:30** ☐ A.M. ☒ P.M.

☐ Must Appear    ☐ WARNING    ☐ JAILED

SNELLVILLE MUNICIPAL COURT
2342 OAK RD, SNELLVILLE, GA 30078
(770) 985-3550

**SECTION V OFFICER CERTIFICATION**

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you may cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license may be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension may remain in effect until such time as there is a satisfactory disposition in this matter, or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL    ☐ YES ☒ NO    RELEASED TO _____

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE _____ PHONE #: _____

NCIC NO. SS NR-GA 0670800

FINES MAY BE MAILED TO OR PAID AT:

SNELLVILLE MUNICIPAL COURT
2342 OAK RD, SNELLVILLE, GA 30078

Payment for fines must be received prior to the given court date.
Accepted forms of payment are cash, money orders,
Mastercard, VISA, and debit cards bearing the Mastercard/VISA logo.

If the court listed above is Snellville Municipal Court citations may be paid online at:
https://snellville.governmentwindow.com/

If the court listed is not Snellville Municipal Court or you do not wish to pay online please call the phone number below.

PLEASE ALLOW 3 WORKING DAYS FOR PROCESSING BEFORE PAYMENT
FOR PAYMENT, COURT DATES, OR QUESTIONS CONCERNING CITATIONS PLEASE CALL
(770) 985-3550

NOTICE

YOU HAVE BEEN SERVED WITH A CITATION AND SUMMONS. IF YOU FAIL TO APPEAR TO ANSWER THE CHARGE, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOUR DRIVERS LICENSE SHALL BE SUSPENDED BY THE GEORGIA DEPARTMENT OF DRIVER SERVICES.

You have been issued a traffic citation by the Snellville Police Department.
Officers of the Snellville Police Department ARE NOT authorized TO SET OR ACCEPT cash bonds.

If you were permitted to show your drivers license in lieu of Bail pursuant to Georgia Code 17-6-11, presentation of the license does not excuse you from appearing in court and answering the charges against you. Your failure to appear as directed shall result in the automatic suspension of your drivers license by the Georgia Department of Driver Services.

A LICENSE MAY NOT BE DISPLAYED IN LIEU OF BAIL
FOR THE FOLLOWING OFFENSES:

1. Homicide by vehicle.
2. Any felony in which a vehicle is used.
3. Hit and run or leaving the scene of an accident.
4. Racing.
5. Using a vehicle in fleeing or attempting to elude an officer.
6. Reckless driving.
7. Feticide by vehicle.
8. Serious injury by vehicle.
9. Homicide or serious injury by interfering with traffic control device or railroad sign / signal.
10. Controlled substance or marijuana offenses pursuant to 40-5-75.
11. Driving on a suspended or revoked license.
12. Driving under the influence of alcohol / drugs.
13. Fraudulent or fictitious use of a drivers license.
14. Aggressive Driving.

I, THE UNDERSIGNED, DO HEREBY ENTER MY WRITTEN, RATHER THAN PERSONAL APPEARANCE IN THE COURT CASE RESULTING FROM THE VIOLATION CHARGED ON THE REVERSE SIDE OF THIS CITATION. I UNDERSTAND THAT BY PAYING MY FINE AND NOT PERSONALLY APPEARING BEFORE THE COURT, I AM WAIVING ANY RIGHT THAT I MIGHT HAVE HAD TO A TRIAL BY JUDGE OR JURY AND TO BE REPRESENTED BY COUNSEL. I FURTHER UNDERSTAND THAT BY PAYING THE FINE, I HAVE PLED GUILTY TO THE OFFENSE AS CHARGED.

SIGNATURE OF ACCUSED: _____

# UNIFORM TRAFFIC CITATION, SUMMONS, AND ACCUSATION/WARNING

| 24-09-0365 | GA0670800 | 240016791 |
|---|---|---|
| Court Case Number | NCIC Number | Citation Number |

## Snellville City Police Department

**SECTION I - VIOLATOR**

Upon Month **09** (Day) **25** (Year) **2024** at **03:05 PM** ☐ A.M. ■ P.M.

Operator License No. **070155872**

License Class or Type **C** State **GA** Endorsement _____ Expires **2025**

Name **CLARK** (Last) **ANDRE** (First) **LAUREN** (Middle)

Address **1143 IRONWOOD DR**

City **GRAYSON** State **GA** Zip Code **30017**

DOB **11/07/1983** Hair **XXX** Hgt. **6'01"** Wgt. **200** Sex **M** Race **U** Eyes **BRO**

Veh. Yr. **2017** Make **MASE** Style **GHIBLI** Color **Silver**

Registration No. **TFV2763** Yr. **2024** State **GA**

Trailer Tag No. _____ State _____

CDL ☐ YES ■ NO    ACCIDENT ☐ YES ■ NO    INJURIES ☐ YES ■ NO    FATALITIES ☐ YES ■ NO

**SECTION II VIOLATION**

☐ 2-LANE ROAD    ☐ DRIVER REQUESTED ACCURACY CHECK    ☐ VASCAR    ☐ LASER    ☐ RADAR

Within the State of Georgia, did commit the following offense:    SPEEDING - Clocked by ☐ PATROL VEHICLE ■ OTHER

(Serial # _____ Calibration / Check _____ ) at **0** MPH in a _____ Zone

☐ DUI (Test administered. ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER)    DUI Test results _____

TEST ADMINISTERED BY (if applicable) _____

OFFENSE (Other than above) **Improper u-turn**

In Violation of Code Section **40-6-121** : of ■ State Law ☐ Local Ordinance

REMARKS    **Driver made illegal u turn at the intersection**

PLACE OF EMPLOYMENT:

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|
| ■ Clear | ☐ Dry ☐ Concrete | ☐ Light | ■ Daylight | ☐ 18+ Passengers |
| ☐ Cloudy | ■ Wet ■ Blacktop | ■ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Materials Violation |
| ☐ Other | ☐ Other ☐ Other | | | |

**SECTION III LOCATION**

County of **Gwinnett** _____ and _____ miles _____ of (city) _____

on **GA 124** at or near mile post **0** , or within (city) **SNELLVILLE**

ation (secondary location) **TREE LANE**

☐ School Zone

OFFICER **Finney, Myesha** (Print) Badge # **29** Div. **SPD**

**SECTION IV SUMMONS**

You are hereby ordered to appear in the court indicated below to answer the charge on

(DATE) **11/20/2024** at (TIME) **01:30** ☐ A.M. ■ P.M.

☐ Must Appear    ☐ WARNING    ☐ JAILED

---

**SNELLVILLE MUNICIPAL COURT**
2342 OAK RD, SNELLVILLE, GA 30078
(770) 985-3550

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you may cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license may be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension may remain in effect until such time as there is a satisfactory disposition in this matter, or the Court notifies the Department of Driver Services.

**SECTION V OFFICER CERTIFICATION**

LICENSE DISPLAYED IN LIEU OF BAIL    ☐ YES ■ NO    RELEASED TO _____

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE _____    PHONE #: _____

*RCIC NO. 95 MR-6A 0670300* (side margin)

---

FINES MAY BE MAILED TO OR PAID AT:

SNELLVILLE MUNICIPAL COURT
2342 OAK RD, SNELLVILLE, GA 30078

Payment for fines must be received prior to the given court date.
Accepted forms of payment are cash, money orders,
Mastercard, VISA, and debit cards bearing the Mastercard/VISA logo.

If the court listed above is Snellville Municipal Court citations may be paid online at:
https://snellvillega.governmentwindow.com/

If the court listed is not Snellville Municipal Court or you do not wish to pay online please call the phone number below.

PLEASE ALLOW 3 WORKING DAYS FOR PROCESSING BEFORE PAYMENT
FOR PAYMENT, COURT DATES, OR QUESTIONS CONCERNING CITATIONS PLEASE CALL
(770) 985-3550

NOTICE

YOU HAVE BEEN SERVED WITH A CITATION AND SUMMONS. IF YOU FAIL TO APPEAR TO ANSWER THE CHARGE, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOUR DRIVERS LICENSE SHALL BE SUSPENDED BY THE GEORGIA DEPARTMENT OF DRIVER SERVICES.

You have been issued a traffic citation by the Snellville Police Department. Officers of the Snellville Police Department ARE NOT authorized TO SET OR ACCEPT cash bonds.

If you were permitted to show your drivers license in lieu of Bail pursuant to Georgia Code 17-6-11, presentation of the license does not excuse you from appearing in court and answering the charges against you. Your failure to appear as directed shall result in the automatic suspension of your drivers license by the Georgia Department of Driver Services.

A LICENSE MAY NOT BE DISPLAYED IN LIEU OF BAIL
FOR THE FOLLOWING OFFENSES:

1. Homicide by vehicle.
2. Any felony in which a vehicle is used.
3. Hit and run or leaving the scene of an accident.
4. Racing.
5. Using a vehicle in fleeing or attempting to elude an officer.
6. Reckless driving.
7. Feticide by vehicle.
8. Serious injury by vehicle.
9. Homicide or serious injury by interfering with traffic control device or railroad sign / signal.
10. Controlled substance or marijuana offenses pursuant to 40-5-75.
11. Driving on a suspended or revoked license.
12. Driving under the influence of alcohol / drugs.
13. Fraudulent or fictitious use of a drivers license.
14. Aggressive Driving.

I, THE UNDERSIGNED, DO HEREBY ENTER MY WRITTEN, RATHER THAN PERSONAL APPEARANCE IN THE COURT CASE RESULTING FROM THE VIOLATION CHARGED ON THE REVERSE SIDE OF THIS CITATION. I UNDERSTAND THAT BY PAYING MY FINE AND NOT PERSONALLY APPEARING BEFORE THE COURT, I AM WAIVING ANY RIGHT THAT I MIGHT HAVE HAD TO A TRIAL BY JUDGE OR JURY AND TO BE REPRESENTED BY COUNSEL. I FURTHER UNDERSTAND THAT BY PAYING THE FINE, I HAVE PLED GUILTY TO THE OFFENSE AS CHARGED.

SIGNATURE OF ACCUSED: _____

STATE of Georgia                              Cash Bond
GWINNETT COUNTY
CourtName:  CITY SNELLVILLE
Warrant Number:  S240016794        Doc Type:  City Citation
OffenderID:   GCSO23MNI001805
Detention Docket #:  GCSO24JBN021635

Witnesseth

That we, ANDRE-LAUREN  CLARK , Principal, and JONES, NIGERIA-KIANNE  Security are held and firmly bound unto his Excellency, Brian Kemp, Governor of THE STATE of Georgia, and his successors in office, in the penal sum of $125.00 Dollars in cash or other equivalent security approved by the Sheriff of Gwinnett County for the true payment of which we bind ourselves, our heirs, executors, and administrators, jointly, and severally, formly by these presents.

The conditions and obligation of the above bond are such that if the above bound principal shall appear in person for a hearing or trial to determine probable cause, arraignment or any other proceedings scheduled by the Courts of the Gwinnett Judicial Circuit from day to day and from term to term of said Courts in order to answer the offense of SNELLVILLE - WINDOW TINT VIOLATION , and shall not depart without first obtaining leave of Court, then the above obligation and bond to be null and void, but otherwise to remain in full force and effect.

In the event that the Court of Inquiry shall bind the Accused over for appearance before the Superior Court of Gwinnett County, or State Court of Gwinnett County, and in so doing shall reduce the bail under which the Accused is bound over to an amount less than the penal sum set forth above, then the Principal and Securities named herein shall be obligated without necessity for any new bond or amendment hereto the Governor of the State of Georgia only in the reduced amount.

You are hereby notified that the date of Nov 20 2024  1:30PM has been fixed for your appearance on the above case in the above indicated Court of Gwinnett County, or appearance notices will be mailed to the defendant at the address provided below. All other and further notice and service of process of any kind is hereby waived.

In the event this is a cash bond and it is returned, it shall be returned to:
          ☐ Principal                                    ☒ Security
Principal's Home Address:   1183  IRONWOOD DR GRAYSON GA 30017
          Home Phone: (210)875-5450
          Business Phone:

Security's Home Address: 25918  KALKSTEINE LOOP NEW BRAUNFELS TX 78132
          Home Phone: (210)875-5470
          Business Phone:

Sworn to and subscribed before me
this 09/28/2024 07:41

_____
Sheriff's Designee

Security _____
By: _____
BENEFICIARY, _____
_____
Principal   All rights reserved

All rights reserved

If you fail to appear, your bond will be forfeited and a bench warrant will be issued for your re-arrest. It is your responsibility to keep informed as to your court dates. It is your responsibility to keep the court advised on any changes on your address.

Prin Bond: $125.00     JCSF: _____     POT: _____     B/W Fee: _____     Sheriff's Fee: _____

STATE of Georgia
GWINNETT COUNTY

CourtName: CITY SNELLVILLE

Warrant Number: S240016793    Doc Type: City Citation

OffenderID: GCSO23MNI001805

Detention Docket #: GCSO24JBN021635

Cash Bond

### Witnesseth

That we, ANDRE-LAUREN CLARK , Principal, and JONES, NIGERIA-KIANNE Security are held and firmly bound unto his Excellency, Brian Kemp, Governor of THE STATE of Georgia, and his successors in office, in the penal sum of $158.50 Dollars in cash or other equivalent security approved by the Sheriff of Gwinnett County for the true payment of which we bind ourselves, our heirs, executors, and administrators, jointly, and severally, formly by these presents.

The conditions and obligation of the above bond are such that if the above bound principal shall appear in person for a hearing or trial to determine probable cause, arraignment or any other proceedings scheduled by the Courts of the Gwinnett Judicial Circuit from day to day and from term to term of said Courts in order to answer the offense of SNELLVILLE - TAGS: REMOVING/AFFIXING TAG W/INTENT , and shall not depart without first obtaining leave of Court, then the above obligation and bond to be null and void, but otherwise to remain in full force and effect.

In the event that the Court of Inquiry shall bind the Accused over for appearance before the Superior Court of Gwinnett County, or State Court of Gwinnett County, and in so doing shall reduce the bail under which the Accused is bound over to an amount less than the penal sum set forth above, then the Principal and Securities named herein shall be obligated without necessity for any new bond or amendment hereto the Governor of the State of Georgia only in the reduced amount.

You are hereby notified that the date of Nov 20 2024 1:30PM has been fixed for your appearance on the above case in the above indicated Court of Gwinnett County, or appearance notices will be mailed to the defendant at the address provided below. All other and further notice and service of process of any kind is hereby waived.

In the event this is a cash bond and it is returned, it shall be returned to:

☐ Principal           ☒ Security

Principal's Home Address: 1183 IRONWOOD DR GRAYSON GA 30017

        Home Phone: (210)875-5450

        Business Phone:

Security's Home Address: 25918 KALKSTEINE LOOP NEW BRAUNFELS TX 78132

        Home Phone: (210)875-5470

        Business Phone:

Sworn to and subscribed before me
this 09/28/2024 07:40

_____
Sheriff's Designee

X _____
Security

By: _____
_____
_____
Principal

If you fail to appear, your bond will be forfeited and a bench warrant will be issued for your re-arrest. It is your responsibility to keep informed as to your court dates. It is your responsibility to keep the court advised on any changes on your address.

Prin Bond: $158.50    JCSF: _____    POT: _____    B/W Fee: _____    Sheriff's Fee: _____

STATE of Georgia                           Cash Bond

GWINNETT COUNTY

CourtName: CITY SNELLVILLE

Warrant Number: S240016792       Doc Type: City Citation

OffenderID: GCSO23MNI001805

Detention Docket #: GCSO24JBN021635

Witnesseth

That we, ANDRE-LAUREN CLARK , Principal, and JONES, NIGERIA-KIANNE Security are held and firmly bound unto his Excellency, Brian Kemp, Governor of THE STATE of Georgia, and his successors in office, in the penal sum of $750.00 Dollars in cash or other equivalent security approved by the Sheriff of Gwinnett County for the true payment of which we bind ourselves, our heirs, executors, and administrators, jointly, and severally, formly by these presents.

The conditions and obligation of the above bond are such that if the above bound principal shall appear in person for a hearing or trial to determine probable cause, arraignment or any other proceedings scheduled by the Courts of the Gwinnett Judicial Circuit from day to day and from term to term of said Courts in order to answer the offense of <u>SNELLVILLE - DRIVING W/O A LICENSE ,</u> and shall not depart without first obtaining leave of Court, then the above obligation and bond to be null and void, but otherwise to remain in full force and effect.

In the event that the Court of Inquiry shall bind the Accused over for appearance before the Superior Court of Gwinnett County, or State Court of Gwinnett County, and in so doing shall reduce the bail under which the Accused is bound over to an amount less than the penal sum set forth above, then the Principal and Securities named herein shall be obligated without necessity for any new bond or amendment hereto the Governor of the State of Georgia only in the reduced amount.

You are hereby notified that the date of <u>Nov 20 2024  1:30PM</u> has been fixed for your appearance on the above case in the above indicated Court of Gwinnett County, or appearance notices will be mailed to the defendant at the address provided below. All other and further notice and service of process of any kind is hereby waived.

In the event this is a cash bond and it is returned, it shall be returned to:

☐ Principal                             ☒ Security

Principal's Home Address:  1183  IRONWOOD DR GRAYSON GA 30017
             Home Phone: (210)875-5450
             Business Phone:

Security's Home Address: 25918  KALKSTEINE LOOP NEW BRAUNFELS TX 78132
             Home Phone: (210)875-5470
             Business Phone:

Sworn to and subscribed before me
this 09/28/2024 07:40

_____
Sheriff's Designee

X _Nigia-Kiane: n/s_
Security
By: _Andre-Lauren of the Clark Family_
BENEFICIARY, Non-citizen National / Private American
acct-30f All rights reserve
Principal

If you fail to appear, your bond will be forfeited and a bench warrant will be issued for your re-arrest. It is your responsibility to keep informed as to your court dates. It is your responsibility to keep the court advised on any changes on your address.

Prin Bond: <u>$750.00</u>    JCSF: _____    POT: _____    B/W Fee: _20_    Sheriff's Fee: _____

STATE of Georgia
GWINNETT COUNTY

Cash Bond

CourtName: CITY SNELLVILLE
Warrant Number: S240016791          Doc Type: City Citation
OffenderID:  GCSO23MNI001805
Detention Docket #: GCSO24JBN021635

Witnesseth

That we, ANDRE-LAUREN CLARK , Principal, and JONES, NIGERIA-KIANNE Security are held and firmly bound unto his Excellency, Brian Kemp, Governor of THE STATE of Georgia, and his successors in office, in the penal sum of $125.00 Dollars in cash or other equivalent security approved by the Sheriff of Gwinnett County for the true payment of which we bind ourselves, our heirs, executors, and administrators, jointly, and severally, formly by these presents.

The conditions and obligation of the above bond are such that if the above bound principal shall appear in person for a hearing or trial to determine probable cause, arraignment or any other proceedings scheduled by the Courts of the Gwinnett Judicial Circuit from day to day and from term to term of said Courts in order to answer the offense of SNELLVILLE - MAKING IMPROPER U-TURN , and shall not depart without first obtaining leave of Court, then the above obligation and bond to be null and void, but otherwise to remain in full force and effect.

In the event that the Court of Inquiry shall bind the Accused over for appearance before the Superior Court of Gwinnett County, or State Court of Gwinnett County, and in so doing shall reduce the bail under which the Accused is bound over to an amount less than the penal sum set forth above, then the Principal and Securities named herein shall be obligated without necessity for any new bond or amendment hereto the Governor of the State of Georgia only in the reduced amount.

You are hereby notified that the date of Nov 20 2024  1:30PM has been fixed for your appearance on the above case in the above indicated Court of Gwinnett County, or appearance notices will be mailed to the defendant at the address provided below. All other and further notice and service of process of any kind is hereby waived.

In the event this is a cash bond and it is returned, it shall be returned to:

☐ Principal                                    ☑ Security

Principal's Home Address:  1183  IRONWOOD DR GRAYSON GA 30017
          Home Phone: (210)875-5450
          Business Phone:

Security's Home Address: 25918  KALKSTEINE LOOP NEW BRAUNFELS TX 78132
          Home Phone: (210)875-5470
          Business Phone:

Sworn to and subscribed before me
this 09/28/2024 07:40

_____
Sheriff's Designee

X
_____
Security
By: Andre-lauren of the Clark Family
Beneficiary / Non-citizen of the U.S / Indige American
UCC 1-308 /All rights reserved
_____
Principal

If you fail to appear, your bond will be forfeited and a bench warrant will be issued for your re-arrest. It is your responsibility to keep informed as to your court dates. It is your responsibility to keep the court advised on any changes on your address.

Prin Bond: $125.00      JCSF: _____      POT: _____      B/W Fee: _____      Sheriff's Fee: _____

# EXHIBIT E

GWINNETT COUNTY SHERIFF'S DEPARTMENT
INMATE CASH BAG

## 23001805

P3 Clark, Andre

INMATE NAME: _____
INMATE ID# 23001805
DATE: 09/23/24

| | |
|---|---|
| CURRENCY | $20.00 |
| COIN | |
| MISCELLANEOUS | |
| | |
| TOTAL | $20.00 |

COMMENTS: _____

_____

P3

X Refused to sign    S03031

REGISTER CLOSED BY

# EXHIBIT F

# GWINNETT COUNTY SHERIFF
## CLARK, ANDRE
## Property Report

Book No:GCSO24JBN021635   MNI No:GCSO23MNI001805   Cell No:GCSO*ADM*001*197       DOB: 11/07/1983



## CASH

| | | | |
|---|---|---|---|
| Cash | Qty: | $0.00 | $20.00 |
| Received: 9/25/2024 17:33 | Officer Name/No : Stubbs (GCSO17PER000199) | | To: T051 |

## PRP-T-14717

| | | | |
|---|---|---|---|
| Valuable Seal | Qty: 1 | SEAL TAG# 4340901 | |
| Received: 9/25/2024 17:33 | Officer Name/No : Stubbs (GCSO17PER000199) | | To: T051 |
| Jewelry | Qty: 1 | BLACK TONE SMART WATCH | |
| Received: 9/25/2024 17:33 | Officer Name/No : Stubbs (GCSO17PER000199) | | To: T051 |
| Jewelry | Qty: 1 | GOLD TONE CHAIN | |
| Received: 9/25/2024 17:33 | Officer Name/No : Stubbs (GCSO17PER000199) | | To: T051 |

The above items were delivered to the Gwinnett County Detention Center for storage

Signed: _____   Date:   9/25/24 17:33 _____

I request that the above property be released to

Signed: _____   Date:   9/25/24 17:33 _____

The above property, except for any released during my stay, was received by me upon leaving the Gwinnett County Detention Center

Signed: _____   Date:   9/25/24 17:33 _____

Signature of Individual releasing property

Signed: _____   Date:   9/25/24 17:33 _____

| Phone cards purchased at Dress In. | Qty | 0 | $10.00 phone card | 0 | $20.00 phone card |
|---|---|---|---|---|---|

Signed: _____   Date:   9/25/24 17:33 _____

# EXHIBIT G

# Fwd: Urgent: Pre-Litigation Offer to Settle Constitutional Violations - Deadline October 4th

From: Andre Clark (aclark8311@yahoo.com)

To: gperry@snellville.org

Date: Tuesday, October 1, 2024, 10:16 AM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** Andre Clark <aclark8311@yahoo.com>
> **Date:** September 30, 2024 at 8:00:15 PM EDT
> **To:** keybo.taylor@gwinnettcounty.com, police@snellville.org
> **Cc:** BBender@snellville.org, BOCEmail@gwinnettcounty.com
> **Subject: Urgent: Pre-Litigation Offer to Settle Constitutional Violations - Deadline October 4th**

**Andre-Lauren: Clark**
c/o 850 Dogwood Road
Suite B200 #2415
Lawrenceville, Georgia, 30044
Email: Aclark8311@yahoo.com
Phone: (210) 875-5450

**To:**

**Sheriff Keybo Taylor**
Gwinnett County Sheriff's Office
2900 University Parkway
Lawrenceville, GA 30043
Email: Keybo.Taylor@GwinnettCounty.com
Main Phone: 770-619-6500

**Chief Greg Perry**
Snellville Police Department
2315 Wisteria Drive
Snellville, GA 30078
Email: police@snellville.org
Main Phone: 770-985-3555

---

## Re: Offer to Settle – Unlawful Arrest, Detainment, and Constitutional Violations Against Andre-Lauren: Clark

Dear Sheriff Taylor and Chief Perry,

# Urgent: Pre-Litigation Offer to Settle Constitutional Violations - Deadline October 4th

From: Andre Clark (aclark8311@yahoo.com)

To: keybo.taylor@gwinnettcounty.com; police@snellville.org

Cc: bbender@snellville.org; bocemail@gwinnettcounty.com

Bcc: audie.clark@hotmail.com; claryu48@icloud.com

Date: Monday, September 30, 2024, 08:00 PM EDT

**Andre-Lauren: Clark**
c/o 850 Dogwood Road
Suite B200 #2415
Lawrenceville, Georgia, 30044
Email: Aclark8311@yahoo.com
Phone: (210) 875-5450

**To:**

**Sheriff Keybo Taylor**
Gwinnett County Sheriff's Office
2900 University Parkway
Lawrenceville, GA 30043
Email: Keybo.Taylor@GwinnettCounty.com
Main Phone: 770-619-6500

**Chief Greg Perry**
Snellville Police Department
2315 Wisteria Drive
Snellville, GA 30078
Email: police@snellville.org
Main Phone: 770-985-3555

---

## Re: Offer to Settle – Unlawful Arrest, Detainment, and Constitutional Violations Against Andre-Lauren: Clark

Dear Sheriff Taylor and Chief Perry,

I, Andre-Lauren: Clark, am writing to offer an opportunity to resolve serious legal matters arising from my unlawful arrest and detainment by officers under your respective departments. These violations of my constitutional rights occurred during and following a traffic stop initiated by **Sgt. Finney of the Snellville Police Department** on **September 25, 2024**, which culminated in my unlawful detention at the **Gwinnett County Jail**.

## Brief Description of Violations:

1. **Unlawful Arrest and Detainment:**
   - I was arrested without a warrant or probable cause, and the responsible officers failed to take me before a magistrate judge as required under **O.C.G.A. § 17-4-62** and **O.C.G.A. § 17-4-26**.
2. **Constitutional Violations:**
   - Multiple violations of my rights under the **Fourth, Fifth, Eighth,** and **Fourteenth Amendments,**

including unlawful search and seizure, failure to provide due process, cruel and unusual punishment, and false imprisonment.

3. **Misidentification and Coercion:**
   - Despite presenting clear identification as a **non-citizen national** of the United States, I was wrongfully processed under an incorrect identity and subjected to coercive tactics during booking, including threats of force and the unlawful seizure of my biological property.

I have attached a **draft of the lawsuit** that will be filed in the **U.S. District Court for the Northern District of Georgia**, in which I will demand that these matters be settled before an Article III judge. The draft lawsuit outlines the claims I will pursue if this matter is not resolved privately.

## Proposed Resolution:

To avoid litigation, I am offering both the **Gwinnett County Sheriff's Department** and the **Snellville Police Department** the opportunity to settle this matter privately. I propose a meeting to negotiate terms of resolution, including compensatory damages for the unlawful detainment, correction of all related records, and formal apologies from your departments for the violations of my constitutional rights.

You have until **Friday, October 4th, 2024,** to respond to this letter and agree to a meeting. If I do not receive a response by this date, or if there is no willingness to settle the matter privately, I will proceed with filing the **Complaint in Equity** in federal court.

Please note, the attached lawsuit includes a detailed list of the charges I intend to pursue if settlement negotiations are unsuccessful, including demands for compensatory, punitive, and emotional distress damages.

## Conclusion:

It is my firm belief that resolving this matter privately will not only avoid unnecessary legal and financial burdens on your departments but will also help mitigate any potential negative publicity that may arise from such a case. In today's media climate, matters involving constitutional violations often attract significant public and press attention. Addressing this issue outside of the courtroom will allow us to resolve it in a more controlled and discreet manner, preserving the integrity of both the **Gwinnett County Sheriff's Office** and the **Snellville Police Department**.

Please contact me at your earliest convenience to arrange a time to discuss this matter. I look forward to your prompt response and the opportunity to resolve this amicably.

Respectfully,

By:Andre-Lauren: Clark

Sui juris, in propria persona

Non-citizen National of the United States of America

Private American asserting equitable rights

under the Constitution of the United States of America (1776)

 Andre-Lauren Clark Lawsuit - GCSD & SPP.docx
56.6kB