**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA ex rel.
ANDRE-LAUREN CLARK,

               Plaintiffs,

vs.

GWINNETT COUNTY, ET AL.,

               Defendants.

CIVIL ACTION FILE

NO. 1:25-cv-00163-SDG

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** as Plaintiff may not pursue this qui tam FCA claim while proceeding pro se.

Dated at Atlanta, Georgia, this 12th day of February, 2025.

               KEVIN P. WEIMER
               CLERK OF COURT

By:    s/ T. Schoolcraft
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 12, 2025
Kevin P. Weimer
Clerk of Court

By:  s/ T. Schoolcraft
      Deputy Clerk